07 CV 6952

JUDGE HOLWELL

5-638555

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

MAERSK LINE,

Plaintiff,

- against -

USCA-SEABELL, INC.,

Defendant.

---------------------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY

AUG 02 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant USCA-SEABELL, INC., In personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 26 of the Bills of Lading.

2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

3. Upon information and belief and at all times hereinafter mentioned, defendant USCA-SEABELL, INC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of businesss at 50 Harrison St., Hoboken, NJ 07030.

4. From on or about December 1, 2006 to the present, defendant delivered cargoes to plaintiff at various ports for the purpose of having the cargoes carried to various ports of destination, there to be delivered to the consignees and/or their agents, in consideration of payment by defendant to plaintiff of ocean freight and related charges, calculated pursuant to a Service Contract between the parties and/or plaintiff's tariff.

5. Thereafter, defendant made 138 shipments with plaintiff, and incurred charges totalling $738,787.79.

6. Defendant has remitted $257,930.00, but has failed to remit the balance due of $480,857.79, although duly demanded (Exhibit A).

7. All shipments were properly carried by plaintiff, or are in the process of being carried by plaintiff.

8. Plaintiff has performed and is performing all acts required to be performed by plaintiff.

9. Defendant has failed and refused and continues to fail and refuse to remit payment of $480,857.79, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $480,857.79 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
August 2, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By ______________________

Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

[Table illegible due to poor scan quality]

EXHIBIT "A"

| Transaction Number | TP Doc | LOB | Company Code | Invoice Source | Invoice Type | Original Amount | Amount Paid | Outstanding Amount | Due Date | Days Past Due | Customer Name | Customer Number | Customer Reference | Sailing Date First Vessel | Arrival Date Last Vessel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9AL5470272 52262777[illegible] | [illegible] | [illegible] | MSL | RKDS | Export Invoice | $4,056.00 | $3,741.10 | [illegible] | 4/19/07 | 103 | USCA SEABELL INC | 3310023144[illegible] | | [illegible] | [illegible] |
| [illegible] | 522825409 | SAL | MSL | RKDS | Export Invoice | $3,753.00 | $0.00 | $3,753.00 | 4/22/07 | 100 | USCA SEABELL INC | [illegible] | [illegible] | 4/23/07 | 5/9/07 |
| 9AL5473536 [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $5,925.00 | $0.00 | $5,925.00 | 4/22/07 | 100 | USCA SEABELL INC | 33100231445 | | [illegible] | [illegible] |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $3,925.00 | $0.00 | $3,925.00 | 4/22/07 | [illegible] | USCA SEABELL INC | 33100231445 | OED04083 | 4/22/07 | 5/18/07 |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $3,281.00 | $0.00 | $3,281.00 | 4/24/07 | 98 | USCA SEABELL INC | 33100231448 | OED04004 | 4/24/07 | [illegible] |
| 9AL5473890 52297239[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $7,563.00 | $0.00 | $7,563.00 | 4/24/07 | 98 | USCA SEABELL INC | [illegible] | [illegible] | [illegible] | 5/20/07 |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | [illegible] | $0.00 | [illegible] | 4/29/07 | 93 | USCA SEABELL INC | 33100231448 | OED03081 | 4/29/07 | 5/17/07 |
| 9AL5470578 522890695 | [illegible] | SAL | MSL | RKDS | Export Invoice | $4,13[illegible].00 | $3,781.00 | $350.00 | 4/29/07 | 93 | USCA SEABELL INC | [illegible] | | 4/29/07 | 5/20/07 |
| [illegible] 52295119[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $3,9[illegible] | $0.00 | [illegible] | 4/29/07 | 93 | USCA SEABELL INC | 33100231448 | OED04175 | 4/29/07 | 5/20/07 |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $2,566.00 | $0.00 | $2,566.00 | 4/29/07 | 93 | USCA SEABELL INC | [illegible] | [illegible] | [illegible] | 5/5/07 |
| 9AL5470000 522780065 | 522780065 | SAL | MSL | RKDS | Export Invoice | $92,740.89 | $89,470.00 | $3,270.89 | 5/4/07 | [illegible] | USCA SEABELL INC | [illegible] | | 5/4/07 | 5/25/07 |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $6,457.00 | $4,557.00 | $1,900.00 | 5/6/07 | 86 | USCA SEABELL INC | 33100231445 | [illegible] | 5/6/07 | [illegible] |
| 9AL5473866 [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $5,457.00 | $3,152.00 | $1,290.00 | 5/5/07 | 85 | USCA SEABELL INC | [illegible] | | 5/5/07 | 6/5/07 |
| 9AL5470374 522859574 | [illegible] | SAL | MSL | RKDS | Export Invoice | $4,015.09 | $0.00 | $4,015.09 | 5/6/07 | 86 | USCA SEABELL INC | 33100231448 | | 5/6/07 | 6/11/07 |
| 9AL5473004 [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $6,257.00 | $4,557.00 | $1,700.00 | 5/6/07 | 85 | USCA SEABELL INC | 33100231449 | | 5/6/07 | [illegible] |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $2,031.00 | $0.00 | $2,031.00 | 5/6/07 | 86 | USCA SEABELL INC | [illegible] | [illegible] | [illegible] | 5/26/07 |
| CMB5037168 522051696 | [illegible] | [illegible] | MSL | RKDS | Export Invoice | $2,936.00 | $0.00 | $2,936.00 | [illegible] | 86 | USCA SEABELL INC | 33100231448 | OED03926 | 5/6/07 | 5/22/07 |
| [illegible] | [illegible] | [illegible] | MSL | RKDS | Export Invoice | $2,926.00 | $0.00 | $2,926.00 | 5/6/07 | 86 | USCA SEABELL INC | 33100231448 | OED04217 | 5/6/07 | 5/22/07 |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $4,281.00 | $3,981.00 | $300.00 | 5/9/07 | 81 | USCA SEABELL INC | [illegible] | | [illegible] | 5/31/07 |
| 9AL5470852 [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $5,409.00 | [illegible] | $1,827.00 | 5/13/07 | 79 | USCA SEABELL INC | 33100231448 | | 5/13/07 | 6/3/07 |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $4,281.00 | $0.00 | $4,281.00 | 5/13/07 | 79 | USCA SEABELL INC | 33100231445 | OED04230 | 5/13/07 | [illegible] |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $3,733.00 | $0.00 | [illegible] | [illegible] | [illegible] | USCA SEABELL INC | [illegible] | [illegible] | 5/13/07 | 6/4/07 |
| 9AL5470922 [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | [illegible] | $0.00 | $3,733.00 | 5/13/07 | 74 | USCA SEABELL INC | 33100231445 | OED04187 | 5/13/07 | [illegible] |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $3,775.00 | $0.00 | [illegible] | 5/13/07 | 79 | USCA SEABELL INC | [illegible] | [illegible] | [illegible] | 6/8/07 |
| 9AL5470028 52208[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $4,29[illegible] | [illegible] | [illegible] | 5/14/07 | 79 | USCA SEABELL INC | 33100231448 | | 5/14/07 | 7/4/07 |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $16,0[illegible] | $15,[illegible] | $400.50 | 5/16/07 | 76 | USCA SEABELL INC | 33100231445 | | [illegible] | 6/19/07 |
| 9AL5470821 [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $5,457.00 | [illegible] | [illegible] | 5/20/07 | 72 | USCA SEABELL INC | 33100231448 | | 5/20/07 | 6/18/07 |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $6,457.00 | [illegible] | $1,290.00 | 5/20/07 | 72 | USCA SEABELL INC | [illegible] | | [illegible] | 5/16/07 |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | [illegible] | [illegible] | $1,2[illegible] | 5/20/07 | 72 | USCA SEABELL INC | 33100231448 | | 5/20/07 | 6/18/07 |

[Illegible rotated table — text too faded/low-resolution to transcribe reliably.]

| Transaction Number | TP Doc | CBU | Company Code | Invoice Source | Invoice Type | Original Amount | Amount Paid | Outstanding Amount | Due Date | Days Past Due | Customer Name | Customer Number | Customer Reference | Sailing Date First Vessel | Arrival Date Last Vessel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SALU472920 5232056[illegible] | [illegible] | SAL | MSI | [illegible] | Export Invoice | $3,893.50 | $0.00 | $3,996.50 | 5/17/07 | 44 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | 6/15/07 | 7/5/07 |
| SAL[illegible] 5232055[illegible] | 523[illegible] | SAL | MSI | RKDS | Export Invoice | $4,090.00 | $0.00 | $4,000.00 | 5/17/07 | 44 | USCA SEABELL INC | 3310023144[illegible] | OE004[illegible] | 6/13/07 | 7/3/07 |
| SAL[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $2,934.49 | $0.00 | $2,934.49 | 5/17/07 | 44 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $4,[illegible] | $0.00 | $4,[illegible] | 5/17/07 | 44 | USCA SEABELL INC | 3310023144[illegible] | 625766 | 6/27/07 | 7/12/07 |
| SAL[illegible] | [illegible] | SAL | MSI | RKDS | Export Invoice | $4,[illegible] | $0.00 | $4,[illegible] | 5/17/07 | 44 | USCA SEABELL INC | 3310023144[illegible] | OE004[illegible] | [illegible] | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $3,0[illegible] | $0.00 | $3,0[illegible] | 5/17/07 | 44 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSI | RKDS | Export Invoice | $3,[illegible] | $0.00 | $3,[illegible] | 5/20/07 | 41 | USCA SEABELL INC | 3310023144[illegible] | | 6/20/07 | 7/30/07 |
| SAL[illegible] | [illegible] | SAL | MSI | RKDS | Export Invoice | $4,14[illegible] | $4,[illegible] | $[illegible] | 5/21/07 | 40 | USCA SEABELL INC | 3310023144[illegible] | | [illegible] | |
| SAL[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $16,758.51 | $0.00 | $16,758.51 | 5/22/07 | 39 | USCA SEABELL INC | 3310023144[illegible] | [illegible] MINERAL[illegible] | 6/22/07 | 7/30/07 |
| SAL[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $4,092.00 | $0.00 | $4,520.00 | 5/23/07 | 38 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSI | RKDS | Export Invoice | $3,[illegible] | $0.00 | $3,[illegible] | 5/23/07 | 38 | USCA SEABELL INC | 3310023144[illegible] | OE004[illegible] | 6/22/07 | 7/20/07 |
| SAL[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $2,750.00 | $0.00 | $2,750.00 | 5/25/07 | 36 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $3,[illegible] | $0.00 | $3,[illegible] | 5/25/07 | 36 | USCA SEABELL INC | 3310023144[illegible] | OE004[illegible] | 6/25/07 | 7/20/07 |
| [illegible] | [illegible] | [illegible] | MSL | RKDS | Export Invoice | $2,398.00 | $0.00 | $2,398.00 | 5/25/07 | 36 | USCA SEABELL INC | 3310023144[illegible] | OE004457 | 6/25/07 | 7/14/07 |
| SAL[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $4,045.00 | $0.00 | $4,045.00 | 5/25/07 | 36 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | 6/25/07 | 7/25/07 |
| SAL[illegible] | [illegible] | SAL | MSL | RKDS | Export Invoice | $2,[illegible] | $0.00 | $2,[illegible] | 5/25/07 | 36 | USCA SEABELL INC | 3310023144[illegible] | OE004617 | 6/25/07 | 7/20/07 |
| SAL[illegible] | [illegible] | SAL | MSI | RKDS | Export Invoice | $4,0[illegible] | $0.00 | $4,0[illegible] | 5/25/07 | 36 | USCA SEABELL INC | 3310023144[illegible] | OE004[illegible] | 6/25/07 | 7/[illegible] |
| [illegible] | [illegible] | [illegible] | MSL | RKDS | Export Invoice | $2,[illegible] | $0.00 | $2,[illegible] | 5/25/07 | 36 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | MC | [illegible] | Export Invoice | $[illegible] | $0.00 | $[illegible] | 5/25/07 | 36 | USCA SEABELL INC | 3310023144[illegible] | | 6/25/07 | [illegible] |
| [illegible] | [illegible] | [illegible] | MSL | [illegible] | Export Invoice | $17,[illegible] | $0.00 | $17,[illegible] | 5/26/07 | 35 | USCA SEABELL INC | 3310023144[illegible] | | 6/26/07 | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSL | [illegible] | Export Invoice | $4,021.00 | $0.00 | $4,021.00 | 5/27/07 | 34 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | 6/27/07 | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSL | [illegible] | Export Invoice | $[illegible] | $0.00 | $[illegible] | 5/27/07 | 34 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSI | [illegible] | Export Invoice | $3,586.34 | $3,[illegible] | $341.34 | 5/27/07 | 34 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | 6/27/07 | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSI | [illegible] | Export Invoice | $4,[illegible] | $0.00 | $4,[illegible] | 5/27/07 | 34 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSI | [illegible] | Export Invoice | $3,[illegible] | $0.00 | $3,[illegible] | 5/27/07 | 34 | USCA SEABELL INC | 3310023144[illegible] | EXPRET[illegible] | 6/27/07 | 7/20/07 |
| [illegible] | [illegible] | [illegible] | MSI | [illegible] | Export Invoice | $2,[illegible] | $0.00 | $2,[illegible] | 5/29/07 | 32 | USCA SEABELL INC | 3310023144[illegible] | | [illegible] | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSL | [illegible] | Export Invoice | $4,325.00 | $0.00 | $4,325.00 | [illegible] | [illegible] | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | SAL | MSI | [illegible] | Export Invoice | $[illegible] | $0.00 | $[illegible] | [illegible] | [illegible] | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |
| SAL[illegible] | [illegible] | SAL | MSL | [illegible] | Export Invoice | $3,[illegible] | $0.00 | $3,[illegible] | [illegible] | [illegible] | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | [illegible] |

| Transaction Number | Tr Inv | SBU | Currency Code | Invoice Source | Invoice Type | Original Amount | Amount Paid | Outstanding Amount | Due Date | Days Past Due | Customer Name | Customer Number | Customer Reference | Sailing Date First Vessel | Arrival Date Last Vessel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAL0474[illegible]-52009254 | 52009254 | SAL | USD | RAIB | Export Invoice | $4,872.00 | $0.00 | $4,072.00 | 7/1/07 | 30 | USCA SEABELL INC | 3310023144[illegible] | OE004654 | [illegible] | 7/25/07 |
| [illegible] | [illegible] | SAL | USD | CNCS | Export Invoice | $4,050.00 | $0.00 | $4,0[illegible] | [illegible] | 30 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | 7/1/07 | 7/24/07 |
| [illegible]-52340815 | 52340815 | [illegible] | MSL | RLDS | Export Invoice | $2,436.00 | $0.00 | $2,436.00 | 7/1/07 | 30 | USCA SEABELL INC | [illegible]231448 | OE004009 | [illegible] | [illegible] |
| [illegible] | [illegible] | SAL | MSL | RCDS | Export Invoice | $2,436.00 | $0.00 | [illegible] | [illegible] | 2[illegible] | USCA SEABELL INC | [illegible] | | 7/4/07 | 7/19/07 |
| [illegible] | [illegible] | SAL | MS | RADS | Export Invoice | $1,947.25 | [illegible] | [illegible] | 7/4/07 | 27 | USCA SEABELL INC | [illegible] | [illegible] | 7/4/07 | [illegible] |
| SAL0474064-52052050 | [illegible] | SAL | USD | RAIB | Export Invoice | $14,911.47 | $0.00 | $14,911.47 | 7/6/07 | [illegible] | USCA SEABELL INC | 3310023144[illegible] | | [illegible] | 8/4/07 |
| [illegible] | [illegible] | [illegible] | USD | CCSS | Export Invoice | $4,595.00 | [illegible] | $4,595.00 | [illegible] | 24 | USCA SEABELL INC | 3310023144[illegible] | | 7/7/07 | 8/3/07 |
| [illegible]-52339644 | [illegible] | SAL | USD | RRDS | Export Invoice | $5,175.00 | $0.00 | $5,175.00 | [illegible] | 22 | USCA SEABELL INC | 3310023144[illegible] | LU0049457 | [illegible] | 8/5/07 |
| [illegible] | [illegible] | SAL | MSL | RLDS | Export Invoice | $5,546.00 | $0.00 | $5,546.00 | 7/9/07 | 22 | USCA SEABELL INC | [illegible]231448 | LUA05737 | 7/9/07 | 8/5/07 |
| [illegible]-52330452 | [illegible] | SAL | MSL | [illegible] | Export Invoice | $5,115.00 | $0.00 | $5,115.00 | [illegible] | 22 | USCA SEABELL INC | 3310023144[illegible] | 20154 [illegible] | [illegible] | 8/5/07 |
| [illegible] | [illegible] | SAL | MSL | RADS | Export Invoice | $2,954.75 | [illegible] | [illegible] | 7/9/07 | 22 | USCA SEABELL INC | [illegible] | | 7/9/07 | |
| [illegible] | [illegible] | SAL | USD | RADS | Export Invoice | $4,916.00 | $0.00 | $4,916.00 | 7/9/07 | 22 | USCA SEABELL INC | 3310023144[illegible] | OE0047[illegible] | [illegible] | [illegible] |
| [illegible]-52318007 | 52318007 | SAL | USD | RRDS | Export Invoice | $4,225.00 | $0.00 | $4,225.00 | [illegible] | 22 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | 8/1/07 |
| [illegible] | [illegible] | SAL | MSL | CNCS | Export Invoice | $4,722.00 | [illegible] | $4,722.00 | 7/10/07 | 22 | USCA SEABELL INC | 3310023144[illegible] | | 7/10/07 | [illegible] |
| [illegible] | [illegible] | SAL | MSL | RLDS | Export Invoice | $2,928.00 | $0.00 | $2,928.00 | 7/10/07 | 2[illegible] | USCA SEABELL INC | 3310023144[illegible] | OE00475[illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | SAL | MSL | RAIB | Export Invoice | $4,225.00 | $0.00 | $4,225.00 | [illegible] | 20 | USCA SEABELL INC | 3310023144[illegible] | [illegible] | [illegible] | 8/1/07 |
| [illegible] | [illegible] | [illegible] | USD | CCSS | Export Invoice | $2,398.00 | $0.00 | $2,344.00 | [illegible] | 4 | USCA SEABELL INC | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | MSL | CCSS | Export Invoice | $2,295.00 | [illegible] | $2,295.00 | 7/17/07 | 14 | USCA SEABELL INC | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | MCI | [illegible] | Export Invoice | $2,398.00 | $0.00 | $2,398.00 | [illegible] | 14 | USCA SEABELL INC | 3310023144[illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | MSL | [illegible] | Export Invoice | $4,250.00 | $0.00 | $4,250.00 | [illegible] | 14 | USCA SEABELL INC | 3310023144[illegible] | | [illegible] | 8/4/07 |
| [illegible]-52946250 | [illegible] | [illegible] | USD | CCSS | Export Invoice | $4,090.00 | [illegible] | [illegible] | [illegible] | 14 | USCA SEABELL INC | [illegible] | | [illegible] | [illegible] |
| [illegible] | 52346[illegible] | [illegible] | MSL | CCSS | Export Invoice | $3,655.00 | $0.00 | $3,655.00 | [illegible] | 1[illegible] | USCA SEABELL INC | 3310023144[illegible] | | [illegible] | 8/6/07 |
| | | | | | | $[illegible] | $257,930.50 | $460,057.78 | | | | | | | |