5-638555
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MAERSK LINE,

                        Plaintiff,

       - against -

USCA-SEABELL, INC.,

                        Defendant.
------------------------------------------------------X

07 CIV. 6952 (HOLWELL)

DEFAULT JUDGMENT

      This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant USCA-SEABELL, INC. on August 16, 2007 by Rule 4 service, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

      Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

      ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK LINE have judgment against defendant USCA-SEABELL, INC. in the liquidated amount of $317,337.62, with interest at 6% from the respective dates due amounting to $6,916.98, plus the costs and disbursements of this action in the amount of $350.00, amounting in all to $324,604.60.

Dated: New York, New York
       ~~October~~ , 2007
       Nov. 1

                                    _____
                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____